LERA REALTY Co., INC., Appellant, *v.* ECKHARDT-BERMAN CORPORATION, Respondent.

Argued November 19, 1953; decided January 15, 1954.

*Harry Krauss* for appellant.

*David Michelsohn* and *Isidor E. Leinwand* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.